# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## June 21, 2006

[Cite as *06/21/2006 Case Announcements*, 2006-Ohio-2998.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006-0726. State ex rel. Barton v. Collins.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-0761. State ex rel. Anderson v. Common Pleas Court of Lake County.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-0795. State ex rel. Grundstein v. Greene.**
In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
LUNDBERG STRATTON, J., would grant an alternative writ.

**2006-0937. Elsass v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Joshua Elsass. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006-0938. Taogaga v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Max Taogaga. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2005-1802. Morrow Cty. Airport Auth. v. Whetstone Flyers, Ltd.**
Morrow App. No. 04 CA 6, 162 Ohio App.3d 624, 2005-Ohio-4314. On motion to participate in oral argument. Motion denied. On motion for relief from S.Ct.Prac.R. VI(7). Motion granted.

**2005-2134. Preferred Capital, Inc. v. Power Eng. Group, Inc.**
Summit App. Nos. 22475, 22476, 22477, 22478, 22485, 22486, 22487, 22488, 22489, 22497, 22499, 22506 and 22513, 163 Ohio App.3d 522, 2005-Ohio-5113. On motion for admission pro hac vice of Jill M. Wheaton and Edward A. Groobert by Tamara A. O'Brien. Motion granted.

**2006-0714. State ex rel. Morgan v. New Lexington.**
In Mandamus. On answer of respondent. Alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:
    The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file her brief within 10 days of the filing of the evidence; respondent shall file its brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.